Opinion filed November 3, 2016



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00224-CV
_____

## NEAL LOEPPKY, Appellant

## V.

## ELIZABETH KLASSEN LOEPPKY, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 13-05-16615**

## M E M O R A N D U M   O P I N I O N

In response to this court's October 20, 2016 letter in which we questioned the jurisdiction of this court over the matter presented in this appeal, Appellant has filed a motion to dismiss the appeal. Appellant agrees that this court does not have jurisdiction to consider this matter in a direct appeal. We note that Appellant has now filed a petition for writ of habeas corpus in our Cause No. 11-16-00322-CV to address the matter that he originally attempted to raise by way of appeal. As a result, Appellant states that there is no need to maintain this appeal, and he requests that we

dismiss it. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

November 3, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.